ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 06 2019

at 5 o'clock and 15 min. PM
SUE BEITIA, CLERK  ES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANCIS GRANDINETTI, #A0185087, <br><br> Plaintiff, <br><br> vs. <br><br> DR. CAROLINE MEE, et al., <br><br> Defendants. | CIV. NO. 19-00591 HG-WRP <br><br> DISMISSAL ORDER |

## DISMISSAL ORDER

Before the court is pro se Plaintiff Francis Grandinetti's ("Grandinetti"), recent prisoner civil rights Complaint titled "Federal Complaint for Medical Contractors (Fraud). Pre-parole and Parole-custody: P.E. and M.H.E. all past-due." ECF No. 1. Grandinetti is a Hawaii state prisoner who is confined in CoreCivic's Saguaro Correctional Center ("SCC"), located in Eloy, Arizona. Grandinetti did not submit the civil filing fee or an application to proceed in forma pauperis.

Grandinetti has accrued three strikes pursuant to 28 U.S.C. § 1915(g)[1] and

---

[1] *See, e.g., Grandinetti v. FTC Seg. Unit Staff*, 426 F. App'x 576 (9th Cir. 2011); *Grandinetti v. Abercrombie*, Civ. No. 15-00007 LEK-RLP (D. Haw. 2015); *Grandinetti v. Shimoda*, Civ. No. 05-00442 JMS-BMK (D. Haw. 2005); *Grandinetti v. Stampfle*, Civ. No. 05-

may not proceed without concurrent payment of the filing fees, unless his pleadings show that he was in imminent danger of serious physical injury at the time that he brought this action. *See Andrews v. Cervantes*, 493 F.3d 1047, 1053, 1055 (9th Cir. 2007). Grandinetti has been notified of this requirement many times.

Grandinetti's pleading is difficult to understand. He complains that he has accrued ten points and is not classified as a medium security inmate. He says that he is too injured to participate in any programs that may be required for parole. He attaches numerous recent medical requests he submitted at SCC. Nothing within the Complaint or its exhibits support a finding that Grandinetti is or was in imminent danger of serious physical injury when he filed this action or that there is a continuing practice that injured him in the past that poses an "ongoing danger." *Id.* at 1056. Grandinetti's pleading also fails to state any coherent claim for relief.

The Complaint and this action are DISMISSED without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2) and (g). Any pending motions are DENIED and the October 28, 2019 Deficiency Order is VACATED. The Clerk SHALL TERMINATE this case. The Court will take no further action in this case beyond

---

00692 HG-LEK (D. Haw. 2005).

processing a notice of appeal.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, 11·6·19

APPROVED AND SO ORDERED:

/s/ Helen Gillmor
UNITED STATES DISTRICT JUDGE